AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA COZZI, MARTHA GRIGSBY, BEVERLY HODGES, YUN BIN HSU, JOAN G. MONTEVERDI, MARYBETH PASCALE, MONICA H. PATENAUDE, (SEE ATTACHED)<br><br>Plaintiff<br>v.<br>COUNTY OF MARIN; MARIANO ZAMUDIO; GRETCHEN MELENDY; AND DOES 1 through 50, inclusive,<br><br>Defendant | E-filing<br><br>PJH<br><br>Civil Action No. |

**Summons in a Civil Action**

To: COUNTY OF MARIN; MARIANO ZAMUDIO; GRETCHEN MELENDY; AND DOES 1 through 50,

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David M. Poore, Esq./Scott A. Brown, Esq.
Kahn Brown & Poore LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

Richard W. Wieking
Name of clerk of court

MARY ANN BUCKLEY
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## ATTACHMENT TO SUMMONS IN A CIVIL ACTION

| |
|---|
| MARIA COZZI, MARTHA GRIGSBY, BEVERLY HODGES, YUN BIN HSU, JOAN G. MONTEVERDI, MARYBETH PASCALE, MONICA H. PATENAUDE, MARGARET A. TURNER, THOMAS R. WATSON<br><br>      Plaintiffs,<br><br>v.<br><br>COUNTY OF MARIN; MARIO ZAMUDIO; GRETCHEN MELENDY; and DOES 1 through 50, inclusive,<br><br>      Defendants. |

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   _____; or

 (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                 _____
                 Server's signature

                 _____
                 Printed name and title

                 _____
                 Server's address