CHARLES M. LOUDERBACK, Bar No. 88788
LEILA NARVID, Bar No. 229402
Paul D. Herbert, Bar No. 104527
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
GRETCHEN MELENDY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA COZZI; MARTHA GRIGSBY; BEVERLY HODGES; YUN BIN HSU; JOAN G. MONTEVERDI; MARYBETH PASCALE; MONICA H. PATENAUDE; MARGARET A. TURNER; and THOMAS R. WATSON;, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MARIN; MARIANO ZAMUDIO; GRETCHEN MELENDY; and DOES 1 through 50,, <br><br> Defendants. | CASE NO. USDC 08 3633 PJH <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE <br><br><br> Date Action Filed: July 29, 2008 <br> Trial Date: None |

Pursuant to the Court's Order Requiring Joint Case Management Statement and Appearance at Case Management Conference, Plaintiffs MARIA COZZI, MARTH GRIGSBY, BEVERLY HODGES, YUN BIN HSU, JOAN G. MONTEVERDI, MARYBETH PASCALE, MONICA H. PATENAUDE, MARGARET A. TURNER, and THOMAS R. WATSON ("Plaintiffs") and Defendant COUNTY OF MARIN and GRETCHEN MELENDY ("Defendants"), through their counsel, hereby stipulate and request that the Case Management Conference currently scheduled

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE
MANAGEMENT CONFERENCE                                                Case No. USDC 08 3633 PJH

for November 6, 2008 be continued to November 18, 2008, if the Court's calendar so permits, on the following grounds:

1. The Court scheduled the Case Management Conference in this matter on July 29, 2008. At that time, Defendant Gretchen Melendy had not yet been served by Plaintiffs.

2. Defendant Melendy was served by Plaintiffs on October 16, 2008. Pursuant to stipulation by all Parties, Defendant Melendy's responsive pleading is due on November 18, 2008, two weeks after the currently scheduled Case Management Conference.

3. The Parties agree that a Case Management Conference would be more productive with Defendant Melendy's participation, and therefore request that the Case Management Conference be continued to a date no earlier than November 18, 2008.

IT IS SO STIPULATED.

DATED: November 5, 2008        PAYNE & FEARS LLP


                               By: _____
                                       CHARLES M. LOUDERBACK
                                       LEILA NARVID

                               Attorneys for Defendant
                               GRETCHEN MELENDY

DATED: November ___, 2008       PATRICK K. FAULKNER, COUNTY COUNSEL


                               By: _____
                                       STEPHEN R. RAAB
                                       DEPUTY COUNTY COUNSEL

                               Attorneys for COUNTY OF MARIN

2

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE
MANAGEMENT CONFERENCE                               Case No. USDC 08 3633 PJH

for November 6, 2008 be continued to November 18, 2008, if the Court's calendar so permits, on the following grounds:

1.  The Court scheduled the Case Management Conference in this matter on July 29, 2008. At that time, Defendant Gretchen Melendy had not yet been served by Plaintiffs.

2.  Defendant Melendy was served by Plaintiffs on October 16, 2008. Pursuant to stipulation by all Parties, Defendant Melendy's responsive pleading is due on November 18, 2008, two weeks after the currently scheduled Case Management Conference.

3.  The Parties agree that a Case Management Conference would be more productive with Defendant Melendy's participation, and therefore request that the Case Management Conference be continued to a date no earlier than November 18, 2008.

IT IS SO STIPULATED.

DATED: November ___, 2008    PAYNE & FEARS LLP


By: _____
    CHARLES M. LOUDERBACK
    LEILA NARVID

Attorneys for Defendant
GRETCHEN MELENDY

DATED: November _4_, 2008    PATRICK K. FAULKNER, COUNTY COUNSEL


By: _____
    STEPHEN R. RAAB
    DEPUTY COUNTY COUNSEL

Attorneys for COUNTY OF MARIN

DATED: November 4, 2008  KAHN BROWN & POORE LLP

By: _____
DAVID M. POORE

Attorneys for Plaintiffs
MARIA COZZI ET AL.

IT IS SO ORDERED.

The Case Management Conference in this matter is continued to November ~~10~~ 20, 2008.

Dated: 11/5/08



IT IS SO ORDERED
Judge Phyllis J. Hamilton

4848-7426-7907.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

3

Case No. USDC 08 3633 PJH

DATED: November ___, 2008     KAHN BROWN & POORE LLP


By: _____
         DAVID M. POORE

Attorneys for Plaintiffs
MARIA COZZI ET AL.


IT IS SO ORDERED.

The Case Management Conference in this matter is continued to November 18, 2008.


Dated:

_____
Phyllis J. Hamilton
United States District Judge

4848-7426-7907.1

3

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE
MANAGEMENT CONFERENCE                               Case No. USDC 08 3633 PJH