PATRICK K. FAULKNER, COUNTY COUNSEL
Stephen Raab, SBN 180939
Sheila Shah Lichtblau SBN 167999
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the County of Marin

David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
110 Kentucky Street
Petaluma, California 94952
Telephone:    (707) 763-7100
Facsimile:     (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA COZZI; MARTHA GRIGSBY; BEVERLY HODGES; YUN BIN HSU; JOAN G. MONTEVERDI; MARYBETH PASCALE; MONICA H. PATENAUDE; MARGARET A. TURNER; and THOMAS R. WATSON;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MARIN; MARIANO ZAMUDIO; GRETCHEN MELENDY; and DOES 1 through 50,<br><br>Defendants. | Case No.: USDC 08 3633 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING ADR/ENE DEADLINE |

IT IS HEREBY STIPULATED by and between the parties to extend the presently set ADR/ENE deadline of April 20, 2009 for a period of thirty (30) days.

There is good cause for the stipulation to extend time as follows:

1    There is good cause for the stipulation to extend time as follows:

2    The primary purpose of this request is the recent and unexpected unavailability of lead trial counsel for the plaintiffs. In particular, plaintiff's lead trial counsel, David M. Poore, has been out of state taking depositions in another matter venued in New Jersey, *Opperman v. Allstate New Jersey Insurance Company*, et al., U.S. District Court, District of New Jersey Action No 07-1887 (RMB), and is now required to complete a Rule 30(b)(6) deposition of a third-party corporate entity in Los Angeles, California, on April 7 and 8, 2009. Plaintiff's counsel is unable to reschedule this deposition as the parties are required to complete all class discovery no later than April 16, 2009. Given these conflicts, it would be impossible for plaintiffs' lead counsel to participate in the ENE currently scheduled for April 8, 2009. The parties stipulate and agree that this conflict constitutes good cause to continue this matter, however none of the parties, their counsel, or the ENE evaluator can be available until after the current ENE deadline of April 20, 2009. The parties anticipate on completing the ENE session by May 22, 2009. Accordingly, there is good cause for this request and no parties will suffer any prejudice.

The parties are not making this request for any improper purpose, including undue delay. Instead, the parties agree that judicial economy will be served if this request is granted. In particular, allowing additional time will provide the parties to adequately participate in the ENE with lead trial counsel. Moreover, as noted above, neither party would suffer any prejudice as the parties have stipulated to this request.

SO STIPULATED.

Dated: April 6, 2009                   PATRICK K. FAULKNER
                                       COUNTY COUNSEL

                                       By: /s/ Stephen R. Raab
                                           Stephen R. Raab
                                           Attorney for Defendants

Dated: April 6, 2009                   KAHN BROWN & POORE LLP

                                       By: _____
                                           David M. Poore
                                           Attorney for Plaintiff

1 **~~PROPOSED~~ ORDER**

2

3   THE COURT HEREBY ORDERS AS FOLLOWS:

4   The parties' request to extend the ADR/ENE is GRANTED. The presently scheduled

5   ADR/ENE deadline of April 20, 2009 is hereby extended to __May 30__, 2009.

6   SO ORDERED

7

8   DATED:   4/20/09                           _____
                                                HON. PHYLLIS J. HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Stipulation and [Proposed] Order Extending the
ADR/ENE Deadline                                3                        Cozzi, et al. v. County of Marin, et al.
                                                                         Case No.: USDC 08 3633 PJH