CHARLES M. LOUDERBACK, Bar No. 88788
LEILA NARVID, Bar No. 229402
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
GRETCHEN MELENDY

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA COZZI; MARTHA GRIGSBY; BEVERLY HODGES; YUN BIN HSU; JOAN G. MONTEVERDI; MARYBETH PASCALE; MONICA H. PATENAUDE; MARGARET A. TURNER; and THOMAS R. WATSON;, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MARIN; MARIANO ZAMUDIO; GRETCHEN MELENDY; and DOES 1 through 50,, <br><br> Defendants. | CASE NO. USDC 08 3633 PJH <br><br> **SUBSTITUTION OF ATTORNEY** |

TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant GRETCHEN MELENDY hereby substitutes as her attorney in this matter, and for all purposes related to this case, the following:

**NEW ATTORNEY:**

Patrick K. Faulkner, County Counsel
Stephen Raab
3501 Civic Center Drive., Rm. 275
San Rafael, CA  94903
Telephone: (415) 499-6125

**FORMER ATTORNEY:**

PAYNE & FEARS LLP
Charles M. Louderback
Leila Narvid
One Embarcadero Center, Suite 2300
San Francisco, CA  94111
Telephone: (415) 398-7860

I hereby accept and consent to this substitution:

DATED: April 28, 2009

_/s/ Gretchen Melendy_
GRETCHEN MELENDY

DATED: April 20, 2009        PAYNE & FEARS LLP

_/s/ Charles M. Louderback_
CHARLES M. LOUDERBACK
LEILA NARVID
Attorneys at Law
(FORMER ATTORNEY)

---

SUBSTITUTION OF ATTORNEY                          2                          Case No. USDC 08 3633 PJH

1  NEW ATTORNEY:

2  Patrick K. Faulkner, County Counsel
   Stephen Raab
3  3501 Civic Center Drive., Rm. 275
   San Rafael, CA  94903
4  Telephone:  (415)  499-6125

5

6  FORMER ATTORNEY:

7  PAYNE & FEARS LLP
   Charles M. Louderback
8  Leila Narvid
   One Embarcadero Center, Suite 2300
9  San Francisco, CA  94111
   Telephone: (415)  398-7860
10

11  I hereby accept and consent to this substitution:

12

13 DATED:  April      2009

14  _____
                    GRETCHEN MELENDY
15

16

17
   DATED: April 20, 2009         PAYNE & FEARS LLP
18

19                               _____
20                               CHARLES M. LOUDERBACK
                                 LEILA NARVID
21                               Attorneys at Law
                                 (FORMER ATTORNEY)
22

23

24

25

26

27

28

                              2
SUBSTITUTION OF ATTORNEY                Case No. USDC 08 3633 PJH

```
DATED: April 29 2009          PATRICK K. FAULKNER

                              _____
                              PATRICK K. FAULKNER
                              Attorneys at Law
                              (NEW ATTORNEY)


IT IS SO ORDERED.


DATED: 5/4/09
                              _____
                              UNITED STATES DISTRICT COURT JUDGE

4844-1672-7555.1
```



PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

3

SUBSTITUTION OF ATTORNEY                    Case No. USDC 08 3633 PJH