1 | PATRICK K. FAULKNER, COUNTY COUNSEL
2 | Stephen Raab, SBN 180939
  | Sheila Shah Lichtblau SBN 167999
3 | 3501 Civic Center Drive, Room 275
  | San Rafael, CA 94903
4 | Tel.: (415) 499-6117, Fax: (415) 499-3796

5 | Attorney(s) for the County of Marin

6 | David M. Poore, SBN 192541
  | KAHN BROWN & POORE LLP
7 | 30 Fifth Street, Second Floor
  | Petaluma, California 94952
8 | Telephone:    (707) 763-7100
  | Facsimile:    (707) 763-7180
9 | dpoore@kahnbrownlaw.com

10 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA COZZI; MARTHA GRIGSBY; BEVERLY HODGES; YUN BIN HSU; JOAN G. MONTEVERDI; MARYBETH PASCALE; MONICA H. PATENAUDE; MARGARET A. TURNER; and THOMAS R. WATSON;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MARIN; MARIANO ZAMUDIO; GRETCHEN MELENDY; and DOES 1 through 50,<br><br>Defendants. | Case No.: USDC 08 3633 PJH<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING ACTION AS TO PLAINTIFF THOMAS R. WATSON ONLY** |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action **AS TO PLAINTIFF THOMAS R. WATSON ONLY** be and hereby is dismissed without prejudice pursuant to FRCP 41 (a) (1).  Each party to bear its own attorneys' fees and costs.

Date:  October 14, 2009

          PATRICK K. FAULKNER
          COUNTY COUNSEL

By:  _____*/s/ Sheila Shah Lichtblau*_____
     Sheila Shah Lichtblau
     Deputy County Counsel
     Defendant County of Marin

Date:  October 14, 2009          KAHN BROWN & POORE LLP

By:  _____*/s/ David M. Poore*_____
     David Poore
     Attorney for Plaintiffs

\*   \*   \*

IT IS SO ORDERED.

The above-captioned action is hereby DISMISSED AS TO PLAINTIFF THOMAS R. WATSON ONLY without prejudice pursuant to FRCP 41 (a) (1).

Dated: 10/15/09

_____
HON. PHYLLIS J. HAMILTON

[Stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]