# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| MARIA COZZI,<br>        Plaintiff(s),<br>    v.<br>MARIN COUNTY OF,<br>        Defendant(s).<br>_____/ | No. C 08-03633 PJH (MEJ)<br><br>**DISCOVERY ORDER** |

On October 5, 2009, the parties in this matter filed a joint letter detailing a discovery dispute that has arisen concerning Plaintiff Monica Pantenaude's failure to respond to Special Interrogatories and the adequacy of Plaintiffs Tom Watson and Beverly Hodges' responses to Special Interrogatories, Set One.  (Dkt. #42.)[1]  Having considered the parties' arguments, the Court now **ORDERS** as follows:

Plaintiff Monica Pantenaude shall serve her verified responses to Defendant's Special Interrogatories by November 2, 2009.

Plaintiff Hodges shall serve her amended, verified responses to Special Interrogatories Nos. 3, 4, and 5 by November 2, 2009.  Specifically, in the amended responses Plaintiff shall cure the deficiencies outlined by Defendant in the joint letter.

**IT IS SO ORDERED.**

Dated: October 19, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

---

[1] On October 15, 2009, Plaintiff Watson was dismissed from this action. (Dkt. #46.)