UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA COZZI, et al.,

    Plaintiff(s),

    v.

COUNTY OF MARIN, et al.,

    Defendant(s).

No. C 08-3633 PJH

**ORDER**

Before the court is the motion for administrative relief brought by defendants who seek to file eight separate motions for summary judgment to be heard on February 10, 2010 (document 52). Plaintiffs have stipulated to the relief sought by defendants. Additionally, plaintiffs have filed a motion pursuant to Civil Local Rule 6-3 (instead of Rule 7-1 accompanied by a motion for an order shortening time to hear said motion pursuant to Rule 6-3), requesting a sixty day continuance of the discovery cutoff date, without any reference to Fed. R. Civ. Pro. 16 or to the showing required before a party may obtain relief from the pretrial schedule (document 55). The court is not inclined to grant either motion, but will conduct a case management conference in order to address these and other issues with the parties.

The case management conference will be held on **November 12, 2009, at 2:30 p.m.**, Oakland Courthouse, 1301 Clay Street, Oakland CA. Attendance by lead counsel is mandatory.

**IT IS SO ORDERED.**

Dated: November 3, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge