UNITED STATES DISTRICT COURT

Northern District of California

MARIA COZZI

                Plaintiff(s),                No. C 08-03633 MEJ

  v.

MARIN COUNTY OF

                Defendant(s).
_____/

**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On November 6 and 10, 2009, the parties electronically filed various discovery letters and motions. (Dkt. ##60-64.) However, the parties have failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. The parties are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

    **IT IS SO ORDERED.**

Dated: November 13, 2009

                                            _____
                                            Maria-Elena James
                                            Chief United States Magistrate Judge