PATRICK K. FAULKNER, COUNTY COUNSEL
Stephen Raab, SBN 180939
Sheila Shah Lichtblau SBN 167999
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the County of Marin, Gretchen Melendy and Mariano Zamudio,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA COZZI; MARTHA GRIGSBY; BEVERLY HODGES; YUN BIN HSU; JOAN G. MONTEVERDI; MARYBETH PASCALE; MONICA H. PATENAUDE; MARGARET A. TURNER; and THOMAS R. WATSON;<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF MARIN; MARIANO ZAMUDIO; GRETCHEN MELENDY; and DOES 1 through 50,<br><br>    Defendants. | Case No.: USDC 08 3633 PJH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER REGARDING PROCEEDING TO TRIAL WITH PLAINTIFF MARTHA GRIGSBY |

THE PARTIES HEREBY AGREE AS FOLLOWS:

1.  WHEREAS, the parties previously entered into a stipulation acknowledging that each of the eight plaintiffs in this matter have alleged significantly different factual allegations.

2.  WHEREAS, the Court held a Case Management Conference on Thursday, November 12, 2009 to address how to proceed in this matter given that each Plaintiff has different factual allegations, making it virtually impossible to proceed with all Plaintiffs in one collective trial.

STIPULATION AND PROPOSED ORDER

3. WHEREAS, the Court offered the parties three alternatives, including allowing the parties to move forward with one "test plaintiff" and to stay the trials for the remaining Plaintiffs.

4. WHEREAS, the parties have now agreed to move forward with one Plaintiff, and have designated Plaintiff Martha Grigsby as the "test plaintiff."

5. THEREFORE, the parties now agree and stipulate to move forward with Martha Grigsby as the "test plaintiff." The trials on the remaining Plaintiffs will be stayed and a Case Management Conference will be held after the trial to determine how to proceed with the remaining Plaintiffs.

Date: 11/20/2009

PATRICK K. FAULKNER
COUNTY COUNSEL

By: /s/_____
Sheila Lichtblau
Deputy County Counsel
Defendant County of Marin

Date: 11/20/09

KAHN BROWN POORE

By: /s/_____
David Poore,
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

11/23/09

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2