UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA COZZI, et al.,

    Plaintiff(s),

    v.

COUNTY OF MARIN, et al.,

    Defendant(s).

_____/

No. C 08-3633 PJH

**ORDER**

In response to the parties' inquiry of November 20, 2009, and in light of the stipulation of the parties to proceed *seriatim*, the court orders that <u>all</u> discovery shall be concluded prior to summary judgment and trial of the first plaintiff, so that motions and trial can be scheduled immediately with respect to remaining plaintiffs, without the need to conduct discovery in between.

**IT IS SO ORDERED.**

Dated: November 23, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge