# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| MARIA COZZI,<br><br>　　　　　　Plaintiff(s),<br>　v.<br>MARIN COUNTY OF,<br>　　　　　　Defendant(s).<br>_____/ | No. C 08-03633 PJH (MEJ)<br><br>**ORDER RESCHEDULING HEARING RE MOTION FOR SANCTIONS (DKT #70)** |

This matter is currently scheduled for a hearing on Defendant County of Marin's Motion for Sanctions (Dkt. #70) on December 24, 2009. However, as Marin also has a sanctions motion scheduled for hearing on December 17, 2009, the Court finds it appropriate to hear both matters at the same hearing. Accordingly, the Court hereby RESCHEDULES the hearing on Docket #70 to December 17, 2009 at 10:00 a.m. The briefing schedule shall not be affected (i.e., Plaintiffs' opposition is due on December 3, 2009, and Marin's reply is due on December 10, 2009). The parties shall ensure that chambers copies are provided by noon of the next business day after filing.

**IT IS SO ORDERED.**

Dated: December 2, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge