UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

MARIA COZZI

        Plaintiff(s),

v.

MARIN COUNTY OF

        Defendant(s).

_____/

No. C 08-03633 MEJ

**SECOND ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On November 25, 2009, Plaintiffs electronically filed an opposition and supporting declarations. (Dkt. ##76-79.) However, Plaintiffs has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Plaintiffs are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

The Court has previously advised Plaintiffs of the failure to comply with General Order 45 and the Court's Standing Order in connection with earlier-filed documents. (*See* Dkt. #66.) Parties are expected to comply with court rules without repeated reminders. Accordingly, Plaintiffs are hereby advised that the Court will impose sanctions, including (but not limited to) striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: December 2, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge