UNITED STATES DISTRICT COURT

Northern District of California

MARIA COZZI,

            Plaintiff(s),           No. C 08-03633 PJH (MEJ)

  v.

MARIN COUNTY OF,           **ORDER SCHEDULING DISCOVERY HEARING RE DKT. ##60-61**

            Defendant(s).

_____/

The Court is in receipt of the parties' two discovery dispute letters. (Dkt. ##60-61.) Upon review of the letters, the Court finds a hearing appropriate. Accordingly, as the parties are already scheduled to appear on December 17, 2009, regarding Defendants' two pending motions for sanctions, the parties should also prepared to discuss the discovery disputes at the December 17 hearing.

**IT IS SO ORDERED.**

Dated: December 9, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge