UNITED STATES DISTRICT COURT

Northern District of California

MARIA COZZI, *et al.*,

    Plaintiffs,

  v.

MARIN COUNTY OF, *et al.*,

    Defendants.
_____/

No. C 08-03633 PJH (MEJ)

**ORDER FOR PRE-HEARING SUBMISSIONS**

On December 17, 2009, the Court held a hearing on Defendants' two pending Motions for Sanctions (Dkts. ##62, 70). During the hearing, the Court instructed Plaintiffs to serve certain discovery no later than December 18, 2009, and set the matter for further hearing on January 7, 2010.

In advance of the hearing, the Court now **ORDERS** as follows: By January 5, 2009, Defendants shall file a brief no more than 2 pages in length indicating whether Plaintiffs timely produced the discovery as previously ordered during the December 17 hearing.

This matter remains set forth hearing on January 7, 2009, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: December 31, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge