UNITED STATES DISTRICT COURT

Northern District of California

MARIA COZZI, *et al.*,

        Plaintiffs,

  v.

COUNTY OF MARIN, *et al.*,

        Defendants.

_____/

No. C 08-03633 PJH (MEJ)

**ORDER FOR PARTIES TO APPEAR FOR FURTHER STATUS HEARING RE DKT. ## 62, 70**

On January 7, 2010, the Court held a further status hearing on Defendants' two pending Motions for Sanctions (Dkt. ##62, 70). In the course of the hearing, counsel for both parties were able to meet and confer regarding a potential resolution of all outstanding discovery disputes. Accordingly, the Court hereby ORDERS the parties to appear for a further status conference on January 28, 2010 at 10:00 a.m. in Courtroom B. If the parties wish to appear by phone, they shall each provide a local or toll-free number at which they may be reached at the time of the hearing. Any such request must be e-filed by January 21, 2010. No chambers copy is necessary.

**IT IS SO ORDERED.**

Dated: January 7, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge