1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA COZZI, et al.,

    Plaintiffs,                                 No. 08-3633 PJH

    v.                                        **ORDER**

COUNTY OF MARIN, et al.,

    Defendants.
_____/

       The court is in receipt of a chambers copy of the Declaration of David M. Poore, filed on February 20, 2010 in the above-entitled action by plaintiff Martha Grigsby in support of her opposition to defendants' motion for summary judgment.  The chambers copy is not in usable format.  Please take notice that the court will not consider the contents of any chambers copy that is not in usable format.

       A document that is in "usable format" is one that is usable by the court for its intended purpose.  **A thick stack of loose paper wrapped with a rubber band**, or fastened with a paper clip or a binder clip, **is not in usable format**.

       For a memorandum of points and authorities or other document that can be stapled, "usable format" means that the document is stapled in the upper-left-hand corner.  For a document that is too thick to be stapled securely, "usable format" means that the document is two-hole punched at the top, and is fastened with a prong-type fastener.

       In addition, any exhibits to declarations or requests for judicial notice must be

tabbed. In this instance, Exhibit A, which appears to be a deposition transcript, attaches numerous depositions exhibits. Those also must be tabbed.

The court will consider the contents of the chambers copy only if it is submitted in usable format no later than one court day after the date of this notice.

**IT IS SO ORDERED.**

Dated: January 22, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge