UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA COZZI, et al.,

    Plaintiffs,

    v.

COUNTY OF MARIN, et al.,

    Defendants.

_____/

No. C 08-3633 PJH

**ORDER**

On January 22, 2010, the court issued an order advising plaintiffs that the chambers copy of the Declaration of David M. Poore (filed January 20, 2010) was not in usable format, for two reasons – the declaration consisted of a stack of loose paper wrapped with a rubber band; and Exhibit A to the declaration, which appeared to be a portion of a deposition transcript, included exhibits that were not tabbed.

On January 26, 2010, the court received a revised chambers copy. The new chambers copy is fastened at the top with a prong-type fastener, as the court instructed, but the exhibits to the deposition transcript (Exhibit A) are still not tabbed. If it is plaintiffs' intention that the court be able to view these deposition exhibits, they must be tabbed.

**IT IS SO ORDERED.**

Dated: January 26, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge