David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
30 Fifth Street, Second Floor
Petaluma, California 94952
Telephone: (707) 763-7100
Facsimile: (707) 763-7180
dpoore@kahnbrownlaw.com
Attorneys for Plaintiffs

PATRICK K. FAULKNER, COUNTY COUNSEL
Sheila Shah Lichtblau SBN 167999
Stephen Raab, SBN 180939
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the County of Marin, Gretchen Melendy and Mariano Zamudio

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA COZZI, MARTHA GRIGSBY, BEVERLY HODGES, YUN BIN HSU, JOAN G. MONTEVERDI, MARYBETH PASCALE, MONICA H. PATENAUDE, MARGARET A. TURNER, THOMAS R. WATSON<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MARIN; MARIO ZAMUDIO; GRETCHEN MELENDY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  08 03633 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF MARTHA GRIGSBY** |

Defendants County of Marin, Mariano Zamudio and Gretchen Melendy (hereinafter "Defendants") and Plaintiffs MARIA COZZI; MARTHA GRIGSBY; BEVERLY HODGES; YUN BIN HSU; JOAN G. MONTEVERDI; MARYBETH PASCALE; MONICA H. PATENAUDE; and MARGARET A. TURNER (hereinafter "Plaintiffs") hereby agree and stipulate as follows:

1    WHEREAS Defendant filed a motion for summary judgment on plaintiff Martha
2  Grigsby's claims on January 6, 2010 with a hearing date of February 10, 2010 at 9:00 a.m. before
3  Judge Hamilton in the United States District Court, Northern District of California – Oakland
4  Courthouse;

5    WHEREAS Plaintiffs' counsel is scheduled to commence a jury trial in the United States
6  District Court, Northern District of California – San Francisco Courthouse on February 8, 2010
7  before the Hon. Maxine M. Chesney.  Plaintiff's counsel recently attended the pre-trial
8  conference in that matter, and Judge Chesney indicated that the case would proceed as scheduled.
9  Judge Chesney has ordered that trial will take place between the hours of 8:30 a.m. and 1:30 p.m.
10 daily.  As such, plaintiff's counsel would be unable to both attend a hearing in the instant matter
11 before Judge Hamilton at 9:00 a.m. on February 10, 2010 in the Oakland Federal Courthouse <u>and</u>
12 attend the trial proceedings at 8:30 a.m. on February 10, 2010 in the San Francisco Federal
13 Courthouse.

14   WHEREAS the parties have agreed to stipulate to allow the hearing on defendants'
15 motion for summary judgment to be continued to accommodate plaintiffs' counsel's trial
16 schedule.  The parties propose the court keep the hearing on the same date and move the hearing
17 time from 9:00 a.m. to 3:00 p.m. to allow plaintiffs' counsel time to conclude trial proceedings
18 and travel to the Oakland Federal Courthouse.  Alternatively, the parties do agree and stipulate to
19 move the hearing date as follows:

20  - February 11, 2010 at or after 3:00 p.m.;

21  - February 12, 2010 at or after 3:00 p.m.; or

22  - any other date and/or time which is deemed appropriate by this Court with
23    the exception of February 16-19, 2010, in which defendants' counsel is
24    unavailable.  Plaintiffs' counsel anticipates that his February 8, 2010 trial should
25    be concluded on or before February 22, 2010.

26   Local Rule 7.7(b) states that after the opposition to a motion has been filed, the parties
27 may stipulate in writing to continue a hearing.  In the instant proceeding, this motion has been

-2-

COZZI, ET AL. V. COUNTY OF MARIN, ET AL.          U.S. DISTRICT COURT CASE NO. C08 03633 PJH
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF MARTHA GRIGSBY

fully briefed by way of moving papers, opposition papers, and reply papers. As such, the parties submit the instant stipulated request.

Date: February ___, 2010

            PATRICK K. FAULKNER
            COUNTY COUNSEL

            By:_____
               Sheila Lichtblau
               Deputy County Counsel
               Defendant County of Marin

Date: February ___, 2010

            KAHN BROWN POORE

            By:_____
               David Poore,
               Attorneys for Plaintiffs

## ~~PROPOSED~~ ORDER

Good cause appearing, IT IS HEREBY ORDERED that the hearing on Defendants' Motion for Summary Judgment currently scheduled for February 8, 2010 at 9:00 a.m. is hereby continued to __February 10__, 2010 at __3:00 p.m.__ .m.

IT IS SO ORDERED.

Dated: __February 5__, 2009

                                                   _____
                                                   U.S. District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*