PATRICK K. FAULKNER
COUNTY COUNSEL

JACK F. GOVI
ASSISTANT COUNTY COUNSEL

DOROTHY R. JONES
CHIEF DEPUTY

COUNTY COUNSEL OF MARIN COUNTY

3501 Civic Center Drive, Suite 275
San Rafael, California 94903-5222

(415) 499-6117

FAX (415) 499-3796
TDD (415) 473-2226

MARI-ANN G. RIVERS
RENEE GIACOMINI BREWER
DAVID L. ZALTSMAN
MICHELE KENO
NANCY STUART GRISHAM
JENNIFER M. W. VUILLERMET
PATRICK M. K. RICHARDSON
THOMAS F. LYONS
STEPHEN R. RAAB
STEVEN M. PERL
SHEILA SHAH LICHTBLAU
EDWARD J. KIERNAN
JESSICA F. MILLS
DEPUTIES

JEANINE MICHAELS
ADMINISTRATIVE ASSISTANT

April 2, 2010

*Via Electronic Filing and Copy to Judge James's Chambers*

The Honorable Phyllis J. Hamilton
1301 Clay Street, 400S
Third Floor, Courtroom 3
Oakland, CA  94612

      Re:    Cozzi v. County of Marin, C 08 3633 PJH
               Letter seeking guidance regarding pretrial submissions

Dear Honorable Judge Phyllis J. Hamilton:

      This letter is a joint submission from counsel for all parties in the action.  The trial regarding plaintiff Martha Grigsby is scheduled to begin on June 7, 2010.  On April 13, the joint pretrial statement, trial briefs, motions in limine, deposition excerpts, witness lists and exhibits to be offered as evidence of the parties are due.  On February 10, 2010, a hearing took place regarding the summary judgment motion of all defendants against Martha Grigsby.

      The parties have conducted the ordered meet and confer prior to the pretrial conference, and agree that the Court's ruling on the summary judgment may have a significant impact upon all pretrial submissions.  Therefore, the parties request that the Court reschedule the date the pretrial submissions are due from April 13 to April 23.  The parties stipulate that the time to oppose and motions in limine would not change from the pretrial order, in which oppositions to any motions in limine were due April 28, 2010.  Therefore, the parties would not change the date that the last submission of the parties was due before the pretrial conference.

      If the April 23 date for the parties' pretrial submissions is not acceptable to the Court, the parties request guidance from the Court regarding an appropriate date for the pretrial submissions to allow the parties more time to prepare, and also for the potential to receive an order regarding the summary judgment motion involving Martha Grigsby.

Sincerely,

/s/

Stephen R. Raab
Attorneys for Defendants

Sincerely,

/s/

David M. Poore
Attorney for Plaintiffs

4/5/10

