PATRICK K. FAULKNER, COUNTY COUNSEL
Stephen Raab, SBN 180939
Sheila Shah Lichtblau SBN 167999
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the County of Marin, Mariano Zamudio and Gretchen Melendy

David M Poore, SBN 192541
KAHN BROWN & POORE LLP
30 Fifth Street, Second Floor
Petaluma, CA, 94952
Tel: (707) 763-7100, Fax: (707) 763-7180

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA COZZI; MARTHA GRIGSBY; BEVERLY HODGES; YUN BIN HSU; JOAN G. MONTEVERDI; MARYBETH PASCALE; MONICA H. PATENAUDE; MARGARET A. TURNER; and THOMAS R. WATSON;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MARIN; MARIANO ZAMUDIO; GRETCHEN MELENDY;  and DOES 1 through 50,<br><br>Defendants. | Case No.: USDC 08 3633 PJH<br><br>[~~PROPOSED~~] ORDER ALLOWING JUDGMENT TO BE ENTERED AND STAYING CLAIMS OF REMAINING PLAINTIFFS PENDING PLAINTIFF GRIGSBY'S APPEAL.<br>(FRCP 54(B)) |

      The parties appeared for a case management conference on May 13, 2010.   Plaintiffs appeared by their counsel David M. Poore, and Defendants appeared by their counsel Stephen R. Raab.

1
ORDER STAYING CLAIMS OF REMAINING PLAINTIFFS

Pursuant to Rule 54(b), the Court ordered judgment entered in favor of all Defendants against Martha Grigsby. In doing so, the Court expressly determined that while there are multiple plaintiffs remaining in this case, there is no just reason for delay of judgment against Ms. Grigsby, and that allowing judgment would serve the interests of justice. The interrelationship of the claims is such that allowing Plaintiff's counsel to appeal the judgment, and staying the pending claims of Plaintiffs Maria Cozzi, Beverly Hodges, Yun Bin Hsu, Joan Monteverdi, Marybeth Pascale, Monica Patenaude and Margaret Turner until the appeal of Martha Grigsby is resolved, will serve the interests of all parties, and will conserve judicial resources.

The discovery cut off for fact and expert discovery has past for all parties, as well as the deadline for amending the pleadings for all parties. No leave to amend the pleadings will be permitted, nor will leave be granted to reopen discovery. Any supplemental allegations or claims of the parties will require a new action to be filed.

A case status conference is set for November 15, 2010 at 2:00 p.m. A joint case status statement is due by November 8, 2010.

IT IS SO ORDERED.

Date: May __27__, 2010



IT IS SO ORDERED
Judge Phyllis J. Hamilton

2
ORDER STAYING CLAIMS OF REMAINING PLAINTIFFS