UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA COZZI, et al.,

    Plaintiffs,

    v.

COUNTY OF MARIN, et al.,

    Defendants.
_____/

No. C 08-3633 PJH

**ORDER VACATING HEARING DATE**

    The date for the hearing on defendants' motion for attorney's fees, previously set for July 21, 2010, is VACATED. The court will decide the motion on the papers.

**IT IS SO ORDERED.**

Dated: July 9, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge