UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA COZZI, et al.,

       Plaintiff(s),                     No. C 08-3633 PJH

       v.                                   **ORDER**

COUNTY OF MARIN, et al.,

       Defendant(s).

_____/

      In view of the settlement of six plaintiffs' claims against defendants, the stay of this case pending appeal of the summary judgment granted to defendants on the claims of plaintiff Grigsby will be vacated effective on the date that the six plaintiffs file their dismissal of their claims and that plaintiff Grigsby dismisses her appeal. Thereafter, the following pretrial schedule will apply as to the claims brought by the remaining two plaintiffs:

      Defendants shall file one summary judgment motion by October 7, 2010 and noticed for hearing on December 1, 2010. Defendants shall file the second summary judgment motion by February 23, 2011 and noticed for hearing on March 30, 2011. Following resolution of both motions, the court will schedule a trial of the claims of one or both plaintiffs on the earliest date available.

      **IT IS SO ORDERED.**

Dated: September 9, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge