1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Sheila Shah Lichtblau, SBN 167999
2  Stephen Raab, SBN 180939
3  3501 Civic Center Drive, Room 275
   Telephone: (415) 499-6117; Fax: (415) 499-3796
4
5  Attorneys for Defendants,
   COUNTY OF MARIN, MARIANO ZAMUDIO,
6  GRETCHEN MELENDY

7  David M. Poore SBN 192451
   KAHN BROWN & POORE LLP
8  2200 Powell Street, Suite 745
   Emeryville, California 94608
9  Telephone: (510) 923-6280
   Facsimile: (510) 923-6285
10 dpoore@kahnbrownlaw.com

11 Attorneys for Plaintiffs
12
13
14                    UNITED STATES DISTRICT COURT
15                    NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17  MARIA COZZI; MARTHA GRIGSBY; BEVERLY HODGES; YUN BIN HSU; JOAN G. MONTEVERDI; MARYBETH PASCALE; MONICA H. PATENAUDE; MARGARET A. TURNER;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MARIN; MARIANO ZAMUDIO; GRETCHEN MELENDY; and DOES 1 through 50,<br><br>Defendants. | Case No.: CV 08-03633 PJH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: SUMMARY JUDGMENT DEADLINES |

1

Stipulation and [Proposed] Order

Defendants County of Marin, Mariano Zamudio and Gretchen Melendy (hereinafter "Defendants") and Plaintiffs MARIA COZZI; MARTHA GRIGSBY; BEVERLY HODGES; YUN BIN HSU; JOAN G. MONTEVERDI; MARYBETH PASCALE; MONICA H. PATENAUDE; MARGARET A. TURNER (hereinafter "Plaintiffs") hereby agree and stipulate as follows:

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. As set forth in the Court's September 10, 2010 order, the current stay in this case remains effective until the date the six settling plaintiffs file their dismissal of claims and plaintiff Grigsby dismisses her appeal;

2. Defendants' first summary judgment previously scheduled to be filed on October 27, 2010 is now scheduled to be filed on January 5, 2011, noticed for hearing on February 9, 2011;

3. Defendants' second summary judgment previously scheduled to be filed by February 23, 2011 is now scheduled for May 11, 2011, noticed for hearing on June 8, 2011;

Date: November 2, 2010,

PATRICK K. FAULKNER
COUNTY COUNSEL

By: /s/_____
Sheila Lichtblau
Deputy County Counsel
Defendant County of Marin

Date: November 2, 2010

KAHN BROWN POORE LLP

By: /s/_____
David Poore,
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated this 5th day of November, 2010

By: _____
HONORABLE JUDGE
U.S. DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*