1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Sheila Shah Lichtblau, SBN 167999
2  Stephen Raab, SBN 180939
3  3501 Civic Center Drive, Room 275
   Telephone: (415) 499-6117; Fax: 499-3796
4
5  Attorneys for Defendants,
   COUNTY OF MARIN, MARIANO ZAMUDIO,
6  GRETCHEN MELENDY

7  David M. Poore SBN 192451
   BROWN POORE LLP
8  2200 Powell Street, Suite 745
   Emeryville, California 94608
9  Telephone: (510) 923-6280
   Facsimile: (510) 923-6285
10
11 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA COZZI; MARTHA GRIGSBY; BEVERLY HODGES; YUN BIN HSU; JOAN G. MONTEVERDI; MARYBETH PASCALE; MONICA H. PATENAUDE; MARGARET A. TURNER;<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF MARIN; MARIANO ZAMUDIO; GRETCHEN MELENDY; and DOES 1 through 50,<br><br>　　　　Defendants. | Case No.: CV 08-03633 PJH<br><br>STIPULATION AND ~~PROPOSE~~D ORDER REGARDING SUMMARY JUDGMENT DEADLINES |

1

Proposed Order and Stipulation

Defendants County of Marin, Mariano Zamudio and Gretchen Melendy (hereinafter "Defendants") and Plaintiffs MARIA COZZI, and MARYBETH PASCALE, (hereinafter "Plaintiffs") hereby agree and stipulate as follows:

WHEREAS the parties previously stipulated and the Court Ordered on November 5, 2010 that Defendants' second summary judgment be filed by May 11, 2011 and noticed for hearing on June 8, 2011.  (Docket #160.)

WHEREAS the hearing date of June 8, 2011 was calculated in error vis a vis the May 11, 2011 summary judgment filing date, and the hearing date should have been set for June 15, 2011.

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Defendants' second summary judgment now scheduled to be filed on May 11, 2011, will be noticed for hearing on June 15, 2011;

Date: May 3, 2011

PATRICK K. FAULKNER
COUNTY COUNSEL

By: /s/
Sheila Lichtblau
Deputy County Counsel
Defendant County of Marin

Date: May 3, 2011

BROWN POORE LLP

By: /s/
David Poore,
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated this 11th day of May, 2011

By: _____
IT IS SO ORDERED
Judge Phyllis J. Hamilton

Proposed Order and Stipulation                         2