David M. Poore, SBN 192541
BROWN | POORE LLP
2200 Powell Street, Suite 745
Emeryville, California 94607
Telephone:    (510) 923-6280
Facsimile:    (510) 923-6285
dpoore@bplegalgroup.com

Attorneys for Plaintiffs


PATRICK K. FAULKNER, COUNTY COUNSEL
Sheila Lichtblau, SBN 167999
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for Defendant County of Marin

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA COZZI, MARTHA GRIGSBY, BEVERLY HODGES, YUN BIN HSU, JOAN G. MONTEVERDI, MARYBETH PASCALE, MONICA H. PATENAUDE, MARGARET A. TURNER, THOMAS R. WATSON<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MARIN; MARIO ZAMUDIO; GRETCHEN MELENDY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  CV 08 3633 PJH<br><br>**STIPULATION FOR DISMISSAL OF <u>ENTIRE</u> ACTION**  AND ORDER |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned _entire_ action be and hereby is dismissed with prejudice, pursuant to FRCP 41 (a) (1). Each party is to bear its own attorneys fees and costs.

SO STIPULATED.

Dated: ___6/3/11_____     BROWN | POORE LLP

BY:_____/s/ David M. Poore_____
DAVID POORE
Attorney for Plaintiff

Dated: _____6/7/11_____     PATRICK K. FAULKNER
MARIN COUNTY COUNSEL

BY:___/s/ Sheila Shah Lichtblau_____
SHEILA S. LICHTBLAU
Attorney for Defendant County of Marin

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]     6/8/11